Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy                12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | **Christopher** — First name | **Raquelle** — First name |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Brandon** — Middle name | **Ann** — Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Judge** — Last name | **Judge** — Last name |
| | | _____ Suffix (Sr., Jr, II, III) | _____ Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years** | _____ First name | _____ First name |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | _____ Middle name | _____ Middle name |
| | | _____ Last name | _____ Last name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ Business name (if applicable) | _____ Business name (if applicable) |
| | | _____ Business name (if applicable) | _____ Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **6  6  6  5** <br> OR <br> **9**xx - xx - __ __ __ __ | xxx - xx - **3  9  9  6** <br> OR <br> **9**xx - xx - __ __ __ __ |

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 1

| | | |
|---|---|---|
| Debtor 1 | **Christopher** **Brandon** **Judge** | |
| Debtor 2 | **Raquelle** **Ann** **Judge** | Case number *(if known)* _____ |
| | First Name   Middle Name   Last Name | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | **908 Crescent Street**<br>Number    Street<br><br>_____<br><br>**Denton, TX 76201**<br>City                State  ZIP Code<br><br>**Denton**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State  ZIP Code | **908 Crescent St**<br>Number    Street<br><br>_____<br><br>**Denton, TX 76201-2812**<br>City                State  ZIP Code<br><br>**Denton**<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❏ I have another reason. Explain. (See 28 U.S.C. § 1408) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❏ I have another reason. Explain. (See 28 U.S.C. § 1408) |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christopher** | **Brandon** | **Judge** | |
| Debtor 2 | **Raquelle** | **Ann** | **Judge** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | When (MM/DD/YYYY) | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor | Relationship to you |
|---|---|
| _____ | _____ |
| District | When (MM/DD/YYYY) | Case number, if known |
| _____ | _____ | _____ |

| Debtor | Relationship to you |
|---|---|
| _____ | _____ |
| District | When (MM/DD/YYYY) | Case number, if known |
| _____ | _____ | _____ |

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1     **Christopher**     **Brandon**     **Judge**
Debtor 2     **Raquelle**     **Ann**     **Judge**
           First Name          Middle Name          Last Name

Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____  _____  _____
City                                         State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Christopher** | **Brandon** | **Judge** | |
|---|---|---|---|---|
| Debtor 2 | **Raquelle** | **Ann** | **Judge** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number　Street

_____
City　　　　　　　State　ZIP Code

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christopher** | **Brandon** | **Judge** | |
| Debtor 2 | **Raquelle** | **Ann** | **Judge** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Christopher** | **Brandon** | **Judge** | |
|---|---|---|---|---|
| Debtor 2 | **Raquelle** | **Ann** | **Judge** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts.
    _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Christopher Brandon Judge**      X **/s/ Raquelle Ann Judge**
Christopher Brandon Judge, Debtor 1      Raquelle Ann Judge, Debtor 2
Executed on **05/23/2023**      Executed on **05/23/2023**
    MM/ DD/ YYYY                 MM/ DD/ YYYY

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christopher** | **Brandon** | **Judge** | |
| Debtor 2 | **Raquelle** | **Ann** | **Judge** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Alvin Q Malone**　　　　　　　　　　　　　　　Date **05/23/2023**
　　Signature of Attorney for Debtor　　　　　　　　　　　　　　MM / DD / YYYY

**Alvin Q Malone**
Printed name

**Law Offices of Al Malone, PLLC**
Firm name

**3100 W. Southlake Blvd. Suite 110**
Number　　Street

**Southlake**　　　　　　　　　　　　　　　　**TX**　　**76092**
City　　　　　　　　　　　　　　　　　　　　State　ZIP Code

Contact phone **(817) 953-3112**　　　　Email address **al@maloneattorney.com**

**24085446**　　　　　　　　　　　　　　　**TX**
Bar number　　　　　　　　　　　　　　　State

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Judge, Christopher Brandon**                  CASE NO
       **Judge, Raquelle Ann**

                                                    CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    05/23/2023    Signature      /s/ Christopher Brandon Judge
                                                   Christopher Brandon Judge, Debtor

Date    05/23/2023    Signature      /s/ Raquelle Ann Judge
                                                   Raquelle Ann Judge, Joint Debtor

Ability Recovery Services LLC
Attn: Bankruptcy 284 Main St
Dupont, PA 18641


Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540


Casey Howard
c/o Michael S. Francis
700 E. Southlake Blvd. Ste 150
Southlake, TX 76092


Central Portfolio Control
Attn: Bankruptcy Attn: Bankruptcy
10249 Yellow Circle Dr , Ste 200
Minnetonka, MN 55343


Chase Card Services
PO Box 15298
Attn: Bankruptcy
Wilmington, DE 19850


Convergent Outsourcing, Inc.
Attn: Bankruptcy Attn: Bankruptcy
800 SW 39th St , Ste 100
Renton, WA 98057


Corey Construction Houston, LLC
14333 Sommermeyer St
Houston, TX 77041

Fifth Third Bank
Attn: Bankruptcy Maildrop RCS83E 1830
E Paris Ave SE
Grand Rapids, MI 49546

First United Bank & Trust Co.
1517 Centre Place Dr
Denton, TX 76205-7273

Flagship Credit Acceptance
Attn: Bankruptcy
PO Box 965
Chadds Ford, PA 19317

Flagstar Bank
Attn: Bankruptcy 5151 Corporate Drive
Troy, MI 48098

Bryan F Huddleston
14333 Sommermeyer St
Houston, TX 77041-6205

Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 McLeland Road
Saint Cloud, MN 56303

Jenna Howard
c/o Michael S. Francis
700 E Southlake Blvd Ste 150
Southlake, TX 76092-6356

Kalie Simmons
1225 S Main St Ste 200
Grapevine, TX 76051-5648

Kristin Newman
1409 Kaitlyn Lane
Keller, TX 76248

Lane Simmons
c/o Andrew S. Patchan
1225 S Main Street Ste 200
Grapevine, TX 76051

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

Mohela
Attn: Bankruptcy 633 Spirit Dr
Chesterfield, MO 63005-1243

National Credit Adjusters, LLC
327 West 4th Avenue
PO Box 3023
Hutchinson, KS 67504

National Credit Systems, Inc.
Attn: Bankruptcy
P.O. Box 672288
Atlanta, GA 30006

Michael S Newman
8813 N Tarrant Pkwy Ste 252
N Richlnd Hls, TX 76182-8461

Sawko & Burroughs, P.C.
1172 Bent Oaks
Denton, TX 76210

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060


U.S. Department of Education
PO Box 16408
ECMC/Bankruptcy
Saint Paul, MN 55116-0408


Weycer, Kaplan, Pulaski &
Zuber, P.C.
24 Greenway Plz Ste 2050
Houston, TX 77046-2445